FILED
CLERK, U.S. DISTRICT COURT

8/29/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| UNITED STATES OF AMERICA, | No. 2:23-cr-00424-JLS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1542: False Statement in a Passport Application; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| JOEL LOPEZ, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1542]

On or about August 11, 2022, in Los Angeles County, within the Central District of California, defendant JOEL LOPEZ knowingly and willfully made a false statement in an application for a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant LOPEZ stated that his name was M.G., his birthdate was in April 1974, his place of birth was Watsonville,

1  California, and his Social Security Number was XXX-XX-2011, whereas,
2  in fact, as defendant LOPEZ then knew, his name was not M.G., his
3  birthdate was not in April 1974, his place of birth was not
4  Watsonville, California, and his Social Security Number was not XXX-
5  XX-2011.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

On or about August 11, 2022, in Los Angeles County, within the Central District of California, defendant JOEL LOPEZ, knowingly possessed and used, without lawful authority, means of identification that defendant LOPEZ knew belonged to another person, namely, the name, date of birth, and Social Security number of M.G., during and in relation to the offense of False Statement in a Passport Application, a felony violation of Title 18, United States Code, Section 1542, as charged in Count One of this Indictment.

A TRUE BILL

/s/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

ANGELA C. MAKABALI
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section